UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **DAVID CALZADA IBANEZ,** | : | VIOLATIONS:  18 U.S.C. § 1546(a) |
| also known as Jaime Renato Gomez, | : | (Possession of Fraudulent Documents |
| also known as Ruben Sandoval, | : | Prescribed for Authorized Stay or Employment |
| | : | in the United States); |
| Defendant. | : | 18 U.S.C. § 1028A(a)(1) |
| | : | (Aggravated Identity Theft); |
| | : | 8 U.S.C. § 1326(a) |
| | : | (Unlawful Reentry of a Removed Alien) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about October 18, 2005, within the District of Columbia, defendants **DAVID CALZADA IBANEZ, also known as Jaime Renato Gomez, also known as Ruben Sandoval,** did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, false social security cards, a false resident alien card, and a false employment authorization card, knowing them to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States**, in violation of Title 18, United States Code, Section 1546(a))

## COUNT TWO

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated as if set forth herein.

2. On or about October 18, 2005, within the District of Columbia, defendant **DAVID CALZADA IBANEZ, also known as Jaime Renato Gomez, also known as Ruben Sandoval,** did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count One of this indictment, and such means of identification consisted of false social security cards with the following social security numbers that are fully known by the Grand Jury and identified herein by the last four digits, "0978" and "8845".

(**Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1))

## COUNT THREE

On or about October 18, 2005, within the District of Columbia, defendant **DAVID CALZADA IBANEZ, also known as Jaime Renato Gomez, also known as Ruben Sandoval,** an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, U.S.C. Section 1326(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia