# WARRANT FOR ARREST

1099464  CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-432 | MAGIS. NO: |
| v.<br><br>DAVID CALZADA IBANEZ | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>David Calzada Ibanez | **FILED**<br><br>JAN 0 5 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST | |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

POSSESSION OF FRAUDULENT DOCUMENTS PRESCRIBED FRO AUTHORIZED STAY OR EMPLOYMENT IN THE UNITED STATES;

AGGRAVATED IDENTITY THEFT;

UNLAWFUL REENTRY OF A REMOVED ALIEN

**IN VIOLATION OF:**    UNITED STATES CODE TITLE & SECTION:

18:1546(a); 18:1028A(a)(1); and 8:1326(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>12/6/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>12/6/05 |

## RETURN

12/06/05    This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  01/05/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting<br>Fitzgerald, Derrick  DUSM | SIGNATURE OF ARRESTING OFFICER<br>Reporting |
|---|---|---|
| DATE EXECUTED  01/05/06 | | |
| HIDTA CASE:    Yes    No  X | | OCDETF CASE:    Yes    No  X |