## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-432 (HHK) |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID CALZADA IBANEZ,** | : | |
| | : | |
| **defendant.** | : | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the sentencing in this matter be re-set to the afternoon of September 26, 2006, and states further as follows:

1. Sentencing in this matter was originally schedule in open court on March 16, 2006, for June 29, 2006, when undersigned counsel was available. By minute order issued on May 26, 2006, the Court re-set the sentencing hearing for September 1, 2006, at 2:00 p.m. at the request of the Probation Office.

2. Unfortunately, undersigned counsel will be unavailable for sentencing on September 1, 2006, as he is scheduled to be on leave the week of August 28th through and including September 1, 2006. Accordingly, the Government respectfully requests that sentencing in this matter be reschedule for later in September at a date and time convenient for the Court and the parties.

3. Undersigned counsel has discussed this request with counsel for the defendant, Lara Quint, and she indicated that the defense does not oppose this request. Both parties are available for sentencing in the afternoon of September 26, 2006, a date and time that the Court's docketing clerk indicated that the Court may have available to conduct the sentencing in this matter. Alternatively, the parties are available for sentencing any time during the week of September 25,

2006, with the exception of between 9:00 a.m. and 11:00 a.m. on September 26, 2006.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY


        _____
        G. MICHAEL HARVEY
        DC BAR # 447465
        Assistant United States Attorney
        Federal Major Crimes
        555 Fourth Street, N.W.; Rm. 4243
        Washington, D.C. 20530
        (202) 305-2195