UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-432 (HHK) |
| | : | |
| v. | : | |
| | : | |
| **DAVID CALZADA IBANEZ,** | : | |
| | : | |
| defendant. | : | |

### ORDER

Upon consideration of the Government's Unopposed Motion to Continue Sentencing in this matter, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion be Granted; and it is further

ORDERED, that the September 1, 2006, sentencing hearing is hereby VACATED; and it is further

ORDERED, that sentencing in this matter is re-set for _____.

_____
UNITED STATES DISTRICT JUDGE

copies to:

AUSA G. Michael Harvey
555 4th St., N.W., Room 4243
Washington, DC 20530

Lara Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W. Suite 550
Washington, D.C. 20004