IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 05-432 (HHK) |
| v. ) | |
| ) | |
| DAVID CALZADA IBANEZ ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, David Calzada Ibanez, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing currently scheduled for September 26, 2006 at 2:00 p.m. In support of his motion, Mr. Calzada Ibanez states the following:

In light of conversations with Mr. Calzada Ibanez, as well as commentary received from the Probation Office and the D.C. Jail, undersigned counsel has identified a psychiatrist who is willing to evaluate and assess Mr. Calzada Ibanez prior to sentencing. Unfortunately, she will not be able to complete the evaluation by September 26, 2006.

As counsel believes that a psychiatric evaluation may assist the Court in sentencing Mr. Calzada Ibanez, counsel asks that the sentencing be continued. Counsel believes the evaluation will be completed by the end of October and would be available for sentencing thereafter. As counsel will be in an eight-week trial starting October 2, counsel asks that Mr. Calzada Ibanez' sentencing be scheduled after 4 p.m., during the lunch period, or on a Friday.

Counsel has consulted with counsel for the government and the latter has no objection to the instant request.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

**DATE:** September 22, 2006.