UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-432 (HHK)** |
| | : | |
| v. | : | |
| | : | |
| **DAVID CALZADA IBANEZ,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Frederick W. Yette, at telephone number **(202) 353-1666** and/or email address **Frederick.Yette@usdoj.gov**. **Frederick W. Yette**, will substitute for former Assistant United States Attorney **G. Michael Harvey**, as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney

**Frederick Yette, #385-391**
**Assistant United States Attorney**
**Federal Major Crimes**
**555 4th Street, NW, Room 4834**
**Washington, DC 20530**
**(202) 353-1666**