### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA


**UNITED STATES OF AMERICA** )
                                  )            **Cr. No. 05-432 (HHK)**

        **v.**              )

                                  )

**DAVID CALZADA IBANEZ**    )
_____ )


### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, David Calzada Ibanez, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing currently scheduled for December 6, 2006 at 11:00 a.m. In support of his motion, Mr. Calzada Ibanez states the following:

In September, Mr. Calzada Ibanez requested a continuance of the original sentencing date in order for a psychiatric evaluation to be performed by Dr. Carole Giunta. The Court granted the request and moved the sentencing date to December 6th.  In the last week, counsel has learned that, due to her other obligations–as well as the difficulties encountered in obtaining some of Mr. Calzada Ibanez' medical records–, Dr. Giunta needs at least an additional month to complete the written portion of her assessment. Counsel believes that Mr. Calzada Ibanez is suffering from serious emotional and mental problems and that the Court would benefit from an expert evaluation. Counsel has spoken with counsel for the government and the latter has no objection to a continuance. Counsel requests a date after January 17, 2007.[1]

                             Respectfully submitted,

                             A.J. KRAMER

---

[1] Counsel will be in trial the week of January 8th and on work-related travel between the 14th and 16th.

FEDERAL PUBLIC DEFENDER


_____/s/_____

LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500



**DATE:** November 29, 2006.