THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.            ) <br> ) <br> DAVID CALZADA IBANEZ     ) <br> _____) | Cr. No. 05-432 (HHK) |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the Motion is GRANTED, that the sentencing scheduled for December 6, 2006 is VACATED, and that sentencing is scheduled for _____.

SO ORDERED.

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Fred Yette, AUSA
Lara G. Quint, AFPD